# Court of Appeals
# of the State of Georgia

ATLANTA, November 22, 2016

*The Court of Appeals hereby passes the following order*

**A17D0155. IN THE INTEREST OF: U. R. AND J. R., CHILDREN (FATHER) .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

161066 161065



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta, November 22, 2016.

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*